

# NUMBER 13-25-00085-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MATTHEW DOYLE AND
CHARLENE DOYLE,                                           Appellants,

v.

VIRIDIAN MUNICIPAL
MANAGEMENT DISTRICT,                                      Appellee.

## ON APPEAL FROM THE 67TH DISTRICT COURT
## OF TARRANT COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron**
**Memorandum Opinion by Justice West**

This matter is before the Court on an unopposed motion to dismiss appeal.[1] On

February 18, 2025, we ordered this case abated and referred the matter to mediation.

---

[1] This case is before the Court on transfer from the Second Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

The parties have finalized a settlement, and appellants request that the Court dismiss the appeal.

Upon review of the unopposed motion, the Court is of the opinion that the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, this case is reinstated, the unopposed motion is granted, and the appeal is hereby dismissed. The costs are taxed against the appellants. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained.

JON WEST
Justice

Delivered and filed on the
17th day of April, 2025.